JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 12-03674 DMG (FMOx) | Date | May 11, 2012 |
|---|---|---|---|

| Title | *Erlinda Baldwin v. Wachovia Mortgage Corporation, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

On May 2, 2012, the Court issued an Order to Show Cause why this action should not be remanded to state court for lack of subject matter jurisdiction [Doc. # 7]. Defendant Wells Fargo Bank, N.A. has not filed a response and the May 9, 2012 deadline to do so has passed.

Therefore, this case is hereby **REMANDED** to Los Angeles County Superior Court for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**